FILED

FEB 1 9 2009

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| HAN WAN CHENG,<br><br>          Petitioner,<br><br>          v.<br><br>MICHAEL MUKASEY, et al.,<br><br>          Respondent. | Case No. CV 08-7926-DSF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: 2/18/09

_Dale S. Fischer_

Dale S. Fischer
United States District Judge